No. 26-1037, 26-1038, 26-1039, 26-1043

———————

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

———————

AMERICAN PUBLIC HEALTH ASSOCIATION, et al.,
*Petitioners,*

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,
*Respondent.*

———————————————————————

ON PETITION FOR REVIEW OF AN ACTION OF THE
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

———————————————————————

BRIEF OF AMICUS CURIAE JOHN WORTHINGTON
IN SUPPORT OF RESPONDENT SEEKING AFFIRMANCE

———————————————————————

John Worthington
303 S. 5TH Ave. G-53
Sequim WA. 98382

RECEIVED

MAR 13 2026

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

# I. CORPORATE DISCLOSURE STATEMENT.

Pursuant to Fed. R. App. P. 26.1, Amicus Curiae John Worthington states that he is an individual and not a corporation.

# II. CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES.

Pursuant to D.C. Cir. R. 28(a)(1), Amicus Curiae adopts the Statement of Parties, Rulings, and Related Cases set forth in the Brief of Respondent EPA.

# III. STATEMENT REGARDING CONSENT AND SEPARATE BRIEFING.

Pursuant to Fed. R. App. P. 29(a), Respondent EPA has consented to the filing of this brief. Pursuant to D.C. Cir. R. 29(d), Amicus certifies that a separate brief is necessary to provide the Court with localized geographical and meteorological data regarding the "trade and emissions imbalance" not addressed by the primary parties.

# TABLE OF CONTENTS

**Page**

CORPORATE DISCLOSURE STATEMENT .......................................................i

CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES...........…......i

STATEMENT REGARDING CONSENT AND SEPARATE BRIEFING...............i

TABLE OF CONTENTS...................................................................ii

TABLE OF AUTHORITIES................................................................iii

GLOSSARY ...............................................................................iv

INTEREST OF AMICUS CURIAE........................................................1

AUTHORSHIP AND MONETARY CONTRIBUTIONS....................................2

QUESTION PRESENTED ................................................................3

SUMMARY OF ARGUMENT .............................................................4

ARGUMENT ........................................................................ 5-7

    I.     The EPA is Statutorily Exempt from NEPA Under 15 U.S.C. § 793(c)(1)...................................................................5

    II.    Regulatory Asymmetry and Standing Regarding the Trade and Emissions Imbalance ...............................................5

    III.   Unaccounted-for International Growth and Exclusion from National Totals..................................................6

    IV.   International Contractual Obligations Interfered with Domestic Policy............................................................6

    V.    The Narrowed Scope of Indirect Effects Bars Petitioner's Claims ........6

    VI.   Jet Stream Mapping Confirms Transboundary Physical Injury ......... 6-7

CONCLUSION ..................................................................... 7-8

CERTIFICATE OF COMPLIANCE ......................................................9

CERTIFICATE OF SERVICE .......................................................10-11

ADDENDUM / INDEX OF EXHIBITS ............................................. 12-65

# TABLE OF AUTHORITIES

**CASES**

*Seven County Infrastructure Coalition v. Eagle County,*
No. 23-934, 145 S. Ct. ___ (2025) ........................................................6

**STATUTES**

15 U.S.C. § 793(c)(1) .............................................................................4, 5

42 U.S.C. § 7401 *et seq.* (Clean Air Act).................................................5

**REGULATIONS**

Endangerment and Cause or Contribute Findings for Greenhouse Gases
Under Section 202(a) of the Clean Air Act,
74 Fed. Reg. 66, 496 (Dec. 15, 2009).....................................................5

91 Fed. Reg. 7686) (2026).........................................................................5

**OTHER AUTHORITIES**

Fed. R. App. P. 26.1 ...................................................................................i

D.C. Cir. R. 28(a)(1) ..................................................................................i

D.C. Cir. R. 29(d).......................................................................................i

Fed. R. App. P. 29(a) ..................................................................................i

Fed. R. App. P. 29 (a)(4).........................................................................12

Fed. R. App. P. 29(a)(4)(E).......................................................................2

Fed. R. Evid. 201 .....................................................................................12

# GLOSSARY

**APHA** ............. American Public Health Association

**CAA** ............... Clean Air Act

**CO2** .............. Carbon Dioxide

**EPA** ............... Environmental Protection Agency

**FRAP** ............. Federal Rules of Appellate Procedure

**GHG** .............. Greenhouse Gas

**ICLEI** ............. International Council for Local Environmental Initiatives

**IEA** ................ International Energy Agency

**NASA** ............. National Aeronautics and Space Administration

**NEPA** ............. National Environmental Policy Act

**NOAA** ............ National Oceanic and Atmospheric Administration

**NODC** ............ North Olympic Development Council

**NOx** ............... Nitrogen Oxides

**PM2.5** ............ Particulate Matter (2.5 micrometers or smaller)

**SOx** ................ Sulfur Oxides

**UNCTAD** .......United Nations Conference on Trade and Development

# INTEREST OF AMICUS CURIAE

Amicus Curiae John Worthington is a resident of Sequim, Washington, situated on the Strait of Juan de Fuca. Amicus resides in immediate proximity to a primary international maritime corridor.

The interest of Amicus arises from the direct physical impact of transboundary air pollution—including PM2.5, NOx, and SOx—emitted by international vessels. Amicus seeks to aid the Court by providing specialized evidence regarding the "Pacific Transport Highway" and the resulting trade and emissions imbalance created by the 2009 Finding.

## AUTHORSHIP AND MONETARY CONTRIBUTIONS

Pursuant to **Federal Rule of Appellate Procedure 29(a)(4)(E)**, Amicus Curiae John Worthington states that:

1. No party's counsel authored this brief in whole or in part;

2. No party or a party's counsel contributed money that was intended to fund preparing or submitting this brief; and

3. No person—other than the Amicus Curiae—contributed money that was intended to fund preparing or submitting this brief.

## QUESTION PRESENTED

Whether the 2009 Endangerment Finding is legally and factually deficient because it created a trade and emissions imbalance by imposing domestic regulatory burdens while excluding the massive growth of international maritime emissions that are physically transported into U.S. coastal airsheds via the mid-latitude jet stream.

## SUMMARY OF ARGUMENT

The 2009 Finding created a profound trade and emissions imbalance. By imposing domestic burdens while excluding international maritime growth, it incentivized "offshoring." This resulted in a net increase of unregulated pollutants entering U.S. coastal airsheds via the "Pacific Transport Highway." Under *Seven County Infrastructure Coalition v. Eagle County* (2025), the EPA is not required to analyze such indirect global shifts. Furthermore, the EPA is statutorily exempt from NEPA under 15 U.S.C. § 793(c)(1). Because the 2009 Finding ignored these physical and economic imbalances, the 2026 Rescission should be affirmed.

**ARGUMENT**

Summary disposition for the Agency's February 18, 2026 (91 Fed. Reg. 7686) is appropriate because the 2009 Finding, 74 Fed. Reg. 66496 (Dec. 15, 2009), was legally and factually infirm:

**I.      The EPA is Statutorily Exempt from NEPA Under 15 U.S.C. § 793(c)(1).**

The EPA is statutorily exempt from NEPA for actions taken under the Clean Air Act 42 U.S.C. § 7401 . Under 15 U.S.C. § 793(c)(1), no action under the Act shall be deemed a "major Federal action" requiring an Environmental Impact Statement. (See Exhibit B, EPA Inventory Footnotes). Any demand for a NEPA remand is therefore legally barred.

**II.      Regulatory Asymmetry and Standing Regarding the Trade and Emissions Imbalance.**

The 2009 Finding focused on domestic U.S. sources while ignoring massive international shipping emissions. As a resident of Sequim, WA, Movant suffers concrete, particularized injuries from transboundary pollution in the Strait of Juan de Fuca that the 2009 Finding failed to address. (See Exhibit A, Declaration of John Worthington). This created a perverse incentive for "offshoring" production, which created a trade and emissions imbalance that directly increased the localized pollution burden on Movant's coastal airshed. (See Exhibit A).

5

### III. Unaccounted-for International Growth and Exclusion from National Totals.

While domestic standards were tightened, international maritime emissions—which impact U.S. coastal airsheds via prevailing winds—were excluded from national totals. (See Exhibit C, UNCTAD Data). This facilitated global trade integration at the expense of domestic industry and coastal health. (See Exhibit D, Statista/IEA Records).

### IV. International Contractual Obligations Interfered with Domestic Policy.

Evidence of federally funded international contractual obligations demonstrates a policy shift toward serving international interests, further interfering with domestic clean air regulations and industrial stability. (See Exhibit E, ICLEI/International Agreements).

### V. The Narrowed Scope of Indirect Effects Under *Seven County Infrastructure Coalition v. Eagle County.*

Under *Seven County Infrastructure Coalition v. Eagle County,* 605 U.S. 168 (2025), agencies are not required to analyze environmental effects (like offshoring) that fall outside their specific regulatory jurisdiction.

### VI. Transboundary Transport Evidence and Jet Stream Mapping Confirms Physical Injury.

Meteorological data and jet stream mapping confirm the physical mechanism by which unregulated international shipping emissions are

6

funneled into the Strait of Juan de Fuca. (See Exhibit F, NASA/NOAA Jet Stream Map). The 2009 Finding's failure to account for these physical transport patterns further illustrates its scientific deficiency. Worthington's location is indicated by the red dot.



This atmospheric conveyor belt delivers the "imbalance" of pollutants directly into Amicus's community, a physical reality that the 2009 Finding's localized models failed to capture.

## CONCLUSION

The 2026 Rescission should be upheld.

Respectfully submitted, this 10th day of March 2026.

_____

/s/ John Worthington
John Worthington
303 S. 5TH Ave. G-53
Sequim WA. 98382

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 718 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

3. Executed this 10th day of March 2026.

_____

/s/ John Worthington
John Worthington
303 S. 5TH Ave. G-53
Sequim WA. 98382

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, I served the foregoing Amicus and Exhibits A through F upon the following parties by email and by depositing true and correct copies in the United States Mail, First Class postage prepaid, addressed as follows:

**Counsel for Respondent EPA:**
General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave NW, Mail Code 2310A
Washington, DC 20460

**Counsel for Petitioners APHA:**
Chloe H. Kolman
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001

sue.chen@usdoj.gov

riley.walters@usdoj.gov

chloe@donahuegoldberg.com;

megan@donahuegoldberg.com;

rheron@nrdc.org;

sean@donahuegoldberg.com;

avijayan@nrdc.org;

 keri@donahuegoldberg.com;

ddoniger@nrdc.org;

vpatton@edf.org;

dpettit@biologicaldiversity.org;

vsaltzman@catf.us;

pzalzal@edf.org;

ahenderson@edf.org;

sjones@edf.org;

ryli@edf.org;

jcrowley@clf.org;

hvizcarra@earthjustice.org;

 mcbrown@earthjustice.org;

 arosenbaum@citizen.org;

blynk@elpc.org;

andres.restrepo@sierraclub.org;

josh.berman@sierraclub.org;

pardeelaw@gmail.com;

usadc.servicecivil@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on March  10, 2026, at Sequim, Washington.

_____

/s/ John Worthington
John Worthington
303 S. 5TH Ave. G-53
Sequim WA. 98382

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

## ADDENDUM OF EXHIBITS

## Submitted by Amicus Curiae John Worthington

Pursuant to Federal Rule of Appellate Procedure 29(a)(4) and D.C. Circuit Rule 29, Amicus Curiae John Worthington submits this Addendum of exhibits. Pursuant to Federal Rule of Evidence 201, Amicus respectfully requests the Court take judicial notice of these official reports and scientific facts, the accuracy of which cannot reasonably be questioned.

| Exhibit | Document Description | Page Number |
|---------|---------------------|-------------|
| A | **Declaration of John Worthington** regarding standing, localized coastal impacts, and transboundary transport. | 14 |
| B | **U.S. EPA Inventory of GHG Emissions (Excerpts)**; Energy Chapter Footnote 'b' regarding the exclusion of international bunker fuels. | 16 |
| C | **UNCTAD Review of Maritime Transport (Data)**; Global container freight traffic growth trends (1970–Present). | 20 |
| D | **Statista / International Energy Agency (IEA) Records**; Fuel consumption and emission data for international shipping. | 26 |
| E | **ICLEI / NODC Local Funding and Policy Records**; Evidence of international contractual obligations and jurisdictional baseline methodology. | 28 |
| F | **NASA / NOAA Meteorological Mapping**; Visual data of the Pacific jet stream and prevailing wind transport into the Strait of Juan de Fuca. | 62 |

# EXHIBIT A

# DECLARATION OF JOHN WORTHINGTON

I, John Worthington, declare under penalty of perjury:

1. I reside in **Sequim, Washington**, on the **Strait of Juan de Fuca**.

2. I am directly impacted by transboundary air pollution (PM2.5, NOx, SOx) from international vessels transiting this corridor near my home.

3. I have observed a consistent increase in maritime traffic that affects my respiratory health and the environmental quality of my community.

4. The **2009 Endangerment Finding** was deficient because it created a "regulatory asymmetry" by imposing domestic burdens while leaving international shipping emissions unaddressed.

5. I support the **2026 Rescission** as a correction to a framework that incentivized "offshoring" and increased unaccounted-for transboundary pollution in my local airshed.

Executed on March __, 2026, at Sequim, Washington.

_____

/s/ John Worthington
John Worthington
303 S. 5TH Ave. G-53
Sequim WA. 98382

15

EXHIBIT B



United States
Environmental Protection
Agency

EPA 430-R-25-003

# Inventory of U.S. Greenhouse Gas Emissions and Sinks

## 1990-2023

Table 3-66: CO₂ Emissions from Natural Gas Systems (MMT) .................................................. 3-106

Table 3-67: CO₂ Emissions from Natural Gas Systems (kt) ..................................................... 3-106

Table 3-68: N₂O Emissions from Natural Gas Systems (Metric Tons CO₂ Eq.) ................................ 3-106

Table 3-69: N₂O Emissions from Natural Gas Systems (Metric Tons N₂O) ..................................... 3-107

Table 3-70: Approach 2 Quantitative Uncertainty Estimates for CH₄ and Non-combustion
CO₂ Emissions from Natural Gas Systems (MMT CO₂ Eq. and Percent) ....................... 3-110

Table 3-71: Recalculations of CO₂ in Natural Gas Systems (MMT CO₂) .................................... 3-113

Table 3-72: Recalculations of CH₄ in Natural Gas Systems (MMT CO₂ Eq.)................................. 3-113

Table 3-73: GOA Offshore Production Vent and Leak National CH₄ Emissions (Metric Tons
CH₄) .................................................................................................. 3-115

Table 3-74: GOA Offshore Production Vent and Leak National CO₂ Emissions (Metric Tons
CO₂) .................................................................................................. 3-115

Table 3-75: Chemical Injection Pumps National CH₄ Emissions (Metric Tons CH₄) ...................... 3-115

Table 3-76: Pneumatic Controllers National CH₄ Emissions (Metric Tons CH₄) ............................. 3-115

Table 3-77: Liquids Unloading National CH₄ Emissions (Metric Tons CH₄) ................................. 3-116

Table 3-78: Wellpad Equipment Leaks National CH₄ Emissions (Metric Tons CH₄)......................... 3-116

Table 3-79: Produced Water National CH₄ Emissions (Metric Tons CH₄)................................... 3-117

Table 3-80: Kimray Pumps National CH₄ Emissions (Metric Tons CH₄) .................................... 3-117

Table 3-81: G&B Storage Tanks National Emissions (Metric Tons CH₄) .................................... 3-117

Table 3-82: G&B Station Blowdowns National Emissions (Metric Tons CH₄) ............................... 3-117

Table 3-83: G&B Pneumatic Controllers National Emissions (Metric Tons CH₄) ........................... 3-118

Table 3-84: G&B Dehydrator Vent National Emissions (Metric Tons CH₄)................................... 3-118

Table 3-85: Processing Segment AGR National CO₂ Emissions (kt CO₂) .................................... 3-118

Table 3-86: Processing Blowdowns National CH₄ Emissions (Metric Tons CH₄)............................. 3-119

Table 3-87: LNG Export Terminals National CO₂ Emissions (kt CO₂) ...................................... 3-119

Table 3-88: CH₄ Emissions from Abandoned Oil and Gas Wells (MMT CO₂ Eq.)............................ 3-121

Table 3-89: CH₄ Emissions from Abandoned Oil and Gas Wells (kt) ....................................... 3-121

Table 3-90: CO₂ Emissions from Abandoned Oil and Gas Wells (MMT CO₂) ............................... 3-121

Table 3-91: CO₂ Emissions from Abandoned Oil and Gas Wells (kt) ...................................... 3-121

Table 3-92: Abandoned Oil Wells Activity Data, CH₄ and CO₂ Emissions (kt)............................. 3-122

Table 3-93: Abandoned Gas Wells Activity Data, CH₄ and CO₂ Emissions (kt) ............................ 3-123

Table 3-94: Approach 2 Quantitative Uncertainty Estimates for CH₄ and CO₂ Emissions from
Petroleum and Natural Gas Systems (MMT CO₂ Eq. and Percent) ............................ 3-124

Table 3-95: Emission from TIGS (kt CO₂)................................................................... 3-125

Table 3-96: Allocation of Sequestered CO₂ for *Inventory* Adjustment (kt CO₂) ........................ 3-126

Table 3-97: Pipeline Mileage (Miles) ...................................................................... 3-127

Table 3-98: Emissions from Injection and Storage (kt CO₂) ............................................... 3-128

Table 3-99: Sequestered CO₂ (kt CO₂) ..................................................................... 3-128

Table 3-100: Percentage of CO₂ (kt) Supplied to EOR from Different Sources............................ 3-129

Table 3-101: Approach 2 Quantitative Uncertainty Estimates for CO₂ Emissions from TIGS
(kt CO₂ Eq. and Percent) ......................................................................... 3-130

Table 3-102: CO₂, CH₄, and N₂O Emissions from International Bunker Fuels (MMT CO₂ Eq.) ........... 3-133

Table 3-103: CO₂, CH₄, and N₂O Emissions from International Bunker Fuels (kt)........................ 3-133

Table 3-104: Aviation Jet Fuel Consumption for International Transport (TBtu) ......................... 3-135

Table 3-105: Marine Fuel Consumption for International Transport (Million Gallons) .................... 3-135

Table 3-106: CO₂ Emissions from Wood Consumption by End-Use Sector (MMT CO₂ Eq.) .............. 3-138

| Gas/Source | 1990 | 2005 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|
| Total Gross Emissions (Sources) | 6,538.3 | 7,505.3 | 6,597.4 | 6,005.7 | 6,333.8 | 6,344.1 | 6,197.3 |
| LULUCF Emissions[c] | 59.1 | 71.8 | 63.2 | 82.6 | 81.0 | 68.6 | 60.6 |
| $CH_4$ | 54.4 | 60.9 | 56.1 | 69.0 | 67.8 | 59.6 | 54.7 |
| $N_2O$ | 4.7 | 10.9 | 7.0 | 13.7 | 13.1 | 9.0 | 5.9 |
| LULUCF Carbon Stock Change[e] | (1,096.9) | (1,040.7) | (982.6) | (1,034.2) | (1,043.8) | (973.9) | (1,000.5) |
| LULUCF Sector Net Total[f] | (1,037.9) | (968.9) | (919.4) | (951.6) | (962.9) | (905.3) | (939.9) |
| Net Emissions (Sources and Sinks) | 5,500.4 | 6,536.4 | 5,678.0 | 5,054.2 | 5,371.0 | 5,438.7 | 5,257.4 |

+ Does not exceed 0.05 MMT $CO_2$ Eq.

[a] Emissions from biomass and biofuel consumption are not included specifically in Energy sector totals. Net carbon fluxes from changes in biogenic carbon reservoirs are accounted for in the estimates for LULUCF.

[b] Emissions from international bunker fuels are not included in totals.

[c] LULUCF emissions of $CH_4$ and $N_2O$ are reported separately from gross emissions totals. LULUCF emissions include the $CH_4$ and $N_2O$ emissions reported for peatlands remaining peatlands, forest fires, drained organic soils, grassland fires, and coastal wetlands remaining coastal wetlands; $CH_4$ emissions from land converted to coastal wetlands, flooded land remaining flooded land, and land converted to flooded land; and $N_2O$ emissions from forest soils and settlement soils. Refer to Table 2-8 for a breakout of emissions and removals for LULUCF by gas and source category.

[d] Small amounts of PFC emissions from this source are included under HFCs due to confidential business information.

[e] LULUCF carbon stock change is the net carbon stock change from the following categories: forest land remaining forest land, land converted to forest land, cropland remaining cropland, land converted to cropland, grassland remaining grassland, land converted to grassland, wetlands remaining wetlands, land converted to wetlands, settlements remaining settlements, and land converted to settlements. Refer to Table 2-8 for a breakout of emissions and removals for LULUCF by gas and source category.

[f] The LULUCF sector net total is the net sum of all LULUCF $CH_4$ and $N_2O$ emissions to the atmosphere plus LULUCF net carbon stock changes.

Notes: Total (gross) emissions are presented without LULUCF. Net emissions are presented with LULUCF. Totals may not sum due to independent rounding. Parentheses indicate negative values or sequestration.

## Table 2-2: Recent Trends in U.S. Greenhouse Gas Emissions and Sinks by Gas (kt)

| Gas/Source | 1990 | 2005 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 5,131,761 | 6,126,903 | 5,235,912 | 4,689,954 | 5,020,111 | 5,055,403 | 4,918,407 |
| Fossil Fuel Combustion | 4,752,234 | 5,744,138 | 4,852,647 | 4,342,309 | 4,654,629 | 4,702,769 | 4,559,379 |
| *Transportation* | 1,468,944 | 1,858,552 | 1,816,636 | 1,572,955 | 1,753,546 | 1,753,554 | 1,776,451 |
| *Electric Power Sector* | 1,819,951 | 2,400,057 | 1,606,721 | 1,439,566 | 1,540,933 | 1,531,678 | 1,414,177 |
| *Industrial* | 876,470 | 847,643 | 809,823 | 763,421 | 780,475 | 799,677 | 792,620 |
| *Residential* | 338,568 | 358,898 | 342,905 | 314,795 | 318,034 | 335,172 | 307,077 |
| *Commercial* | 228,293 | 227,130 | 251,749 | 229,264 | 237,528 | 259,182 | 244,161 |
| *U.S. Territories* | 20,010 | 51,857 | 24,813 | 22,308 | 24,114 | 23,506 | 24,893 |
| Non-Energy Use of Fuels | 99,104 | 124,988 | 106,487 | 97,881 | 111,718 | 101,697 | 107,069 |
| Iron and Steel Production & Metallurgical Coke Production | 104,738 | 70,078 | 46,835 | 40,675 | 47,218 | 45,157 | 46,240 |
| Cement Production | 33,484 | 46,194 | 40,896 | 40,688 | 41,312 | 41,884 | 40,636 |
| Natural Gas Systems | 32,525 | 26,325 | 38,696 | 36,810 | 35,745 | 36,410 | 37,682 |
| Petrochemical Production | 20,075 | 26,882 | 28,483 | 27,926 | 30,656 | 28,788 | 30,540 |
| Petroleum Systems | 9,597 | 10,222 | 45,445 | 28,876 | 24,091 | 22,084 | 23,272 |
| Incineration of Waste | 12,900 | 13,254 | 12,948 | 12,921 | 12,476 | 12,484 | 12,425 |
| Ammonia Production | 14,404 | 10,234 | 12,388 | 12,335 | 11,458 | 11,945 | 12,211 |
| Lime Production | 11,700 | 14,552 | 12,112 | 11,299 | 11,870 | 12,208 | 11,548 |
| Other Process Uses of Carbonates | 7,103 | 8,472 | 8,973 | 9,012 | 8,583 | 10,383 | 7,163 |

EXHIBIT C

History

Container Shipping History in Charts

November 17, 2015 No Comments

**Save**



Container ships at the Port of Oakland

*Updated below*

After my review of The Box and my port mapping exercise, I thought I'd sail back into port and unload a few port-related charts.

The first shows the growth of three big West Coast ports: Los Angeles, Long Beach and Oakland. As international trade has expanded and the container shipping industry has become more efficient, the number of containers moving through the ports has increased dramatically for the Southern California ports and increased modestly for Oakland. To measure throughput, the container shipping industry often uses the "TEU," which stands for "twenty-foot equivalent unit." Since containers are multiple sizes, they are all scaled to

21

20-foot length when it's time to count: a 30-foot long container is 1.5 TEU, a 15-foot is 0.75 TEU, and so on.

Between 2004 and 2014, the Port of LA increased its TEU count by 3.3 times [1]; the Port of Long Beach raised its throughput by 2.2 times [2]; and Oakland increased its TEU count by 1.6 times [3]. The 2008 Great Recession and subsequent (partial) recovery are clearly visible in the data.



• Los Angeles    • Oakland    • Long Beach

Sources: Port of L.A. from [1], Port of L.B. from [2], Port of Oakland from [3]

It took major infrastructure investments to make this growth possible — new terminals, bigger cranes, harbor dredging, railroad upgrades, investments in trucks, to name a few — so it would be interesting to chart the capital expenditures at the ports, both private and public. Do they track TEU growth? Is the rapid increase at Long Beach between 2003 and 2006 the result of one or more new terminals opening? I didn't feel like digging for that

information this month, but maybe some other time (The public expenditures should be available, though possibly scattered among different sources, e.g., state, county, city, ports. Or perhaps there is a report out there that nicely summarizes it all.).

Worldwide, the growth in container shipping has also been dramatic, as the next chart indicates [4]. Between 1980 and 2013 the mass of material shipped in containers increased by almost 16-fold. Again, the 2008 recession is apparent.



Source: United Nations Conference on Trade and Development [4]

As worldwide container trade has grown, so have container ships. The next figure shows the average and maximum size ship for 1980-2004 (average) or 1980-2013 (maximum) [5]. The average is slowly creeping up (the lifetime of a container ship is a few decades). The size of the biggest ship is growing faster. This makes sense since that is a measure of a *single* ship, something that could have been a vanity project (much like the eternal quest for the tallest building). Eventually, the size of the biggest ship will stop growing for a few reasons: if too deep, fewer ports are available; if too wide, cranes can't reach the containers; if it holds too many containers, the loading/unloading time could be problematic (shippers want to keep their ships at sea as much as possible, not tied up at the dock).



Data from references in note [5]

I suspect that port-side equipment improvements and ship size have tracked closely since it's not economically effective to have ships that are too large for the shore-size equipment, that can't get into the port, or that take too long to unload. There is quite a bit of time between placing an order for a new ship and taking delivery, so the shippers and ports have probably been working together so that port equipment is ready when large ships make their first calls.

A long piece from City Lab had this nice summary of the big ship situation:

By the late 1980s, 4,500 TEUs were being transported on Panamax class ships that were able to fit—just barely—through the Panama Canal. Post-Panamax ships, too big for the canal, soon began plying other routes, and by the 2000s were carrying 8,000-plus TEUs. Today, the Triple E class container ships built for Maersk Line are the world's largest ships, first brought into service by the shipping giant in 2013. The Triple E class can hold 18,000 TEUs. That's enough to transport 111 million pairs of sneakers, or enough to shoe over one-third of the United States in a single trip. The Triple E is 1,300 feet long (a quarter of a mile), 194 feet wide, and 240 feet high. It is a floating Empire State Building.

An expansion of the Panama Canal is underway and expected to be completed in mid-2016. After the wider canal opens, it will allow "New Panamax" ships of 12,000-13,000 TEUs to pass through.

24

*Update, 12/3/15*: Via SFist, news that the Port of Oakland is upgrading 4 of their 33 cranes to handle ships that carry as many as 14,000 TEUs. The project will cost $13.95 million, begin in April, and last 10-12 weeks.

*Update, 1/18/16*: Quartz has a piece about the *CMA CGM Benjamin Franklin*, a container ship that is 396 meters long and 54 meters wide with a capacity of 18,000 TEUs. Recently it became the largest container ship to visit a California port. These first visits were more of a dress rehearsal for future visits by this and other huge ships — determining if upgraded equipment is ready, improving preparation protocols and so forth. The article includes a chart showing that shipping capacity is growing faster than demand for shipping capacity. Some great photos of the visit are on the Flickr pages of Atsushi Kumagai, the Port of Oakland, and photo101.

Switching gears away from charts, I'll end with shout outs to three other port-related sites. First, the art of Mike Kimball, an artist who draws inspiration for some of his work from the ports. He frequently shows work at the City Art Gallery in San Francisco and his personal webpage has a few collections of his port-related work, like this one. Second, a huge collection container photos and info about each one is on the The Intermodal Container Web Page. They aren't intended as fine art, but it's possible to see artistic value in the photos. Third, KCRW radio's five-part Cargoland series looks at a variety of topics like automation and how workers get hired.

**References**
[1] Port of Los Angeles
[2] Port of Long Beach
[3] Port of Oakland
[4] Container freight data from Figure 1.2 in Review of Maritime Transport 2014, United Nations Conference on Trade and Development. (PDF)
[5] Average and largest ship data for 1980-2004 from Slide 27 in presentation called "Global Economic Trends in the Shipping and Terminal Industries," by Drewry Shipping Consultants Ltd and Aegir Port Property Consultants, presented at AAPA Joint Public Relations & Maritime Economic Development Seminar, Galveston, Texas, April 5, 2005 (PDF). Largest ship for 2013 from gCaptain.

EXHIBIT D

26

CrowdStrike®

2026 Global Threat Report


DOWNLOAD



Energy & Environment › Emissions

PREMIUM +

# Carbon dioxide emissions from international shipping worldwide from 1970 to 2023

*(in million metric tons)*



Carbon dioxide emissions from international shipping worldwide from 1970 to 2021

*(in million metric tons)*



**Global international shipping CO$_2$ emissions 1970-2023**

Published by Lucía Fernández, Nov 28, 2025

International shipping carbon dioxide emissions increased 2% in 2023 to 856 million metric tons (MtCO$_2$), marking a third consecutive year of growth following a 2020 pandemic-related slump. These emissions, which have doubled since 1990, now represent approximately 10% of total global transportation CO$_2$ emissions. For more data, see the report from Statista.

# EXHIBIT E



Local Governments
for Sustainability

# ICLEI
# Local Governments for Sustainability

Founded 1990 as the

International Council for Local Environmental Initiatives

# Charter

**ICLEI Council approved by consensus on 12 April 2021**

Article 1. Name, Seat and Purposes ...................................................................................4

Charter 1.1 - Name ...........................................................................................................4

Charter 1.2 - Seat .............................................................................................................4

Charter 1.3 - Mission .......................................................................................................4

Charter 1.4 - General Mandate .......................................................................................4

Charter 1.5 - Work Mandate ...........................................................................................4

Charter 1.6 - Representation Mandate ...........................................................................5

Charter 1.7 - Principles ....................................................................................................5

Article 2. The Association and its Members ...................................................................6

Charter 2.1 – Definitions .................................................................................................6

Charter 2.2 – Eligibility for Membership .......................................................................7

Charter 2.3 - Obtaining Membership .............................................................................7

Charter 2.4 - Termination of Membership .....................................................................7

Charter 2.5 – Obligations of Members ...........................................................................7

Charter 2.6 – Opportunities of Membership...................................................................7

Article 3. Council ..............................................................................................................7

Charter 3.1 – Mandate and powers of the Council.........................................................7

Charter 3.2 – Constitution and term of the Council ......................................................8

Charter 3.3 - Meetings of the Council .............................................................................8

Charter 3.4 - Procedure....................................................................................................8

Article 4. Executive Committee .......................................................................................8

Charter 4.1.– Executive Committee .................................................................................8

Charter 4.2 – Regional Executive Committees................................................................8

Charter 4.3 – Global Executive Committee .....................................................................9

Charter 4.4 - Eligibility for Regional or Global Executive Committee .........................9

Charter 4.5 - Geographical Representation .....................................................................9

Charter 4.6 – Office ........................................................................................................10

Charter 4.7 - Vacant Seats .............................................................................................10

Charter 4.8 - President, First Vice President, Vice President ......................................10

Charter 4.9 – Meetings and decision making ...............................................................10

Charter 4.10 - Management Committee .........................................................................10

**Charter 4.11 – Committees** ..................................................................................................10

**Article 5 – Special bodies** ..................................................................................................10

**Charter 5.1 – Initiation** ......................................................................................................10

**Charter 5.2 – Terms of Reference** .....................................................................................11

**Article 6 – Partners** ...........................................................................................................11

**Charter 6 - Partners** ..........................................................................................................11

**Article 7. Secretary General** ............................................................................................11

**Charter 7.1 – Appointment** ................................................................................................11

**Charter 7.2 – Powers of the Secretary General** ...............................................................11

**Charter 7.3 Offices** .............................................................................................................11

**Article 8. Legal provisions** ...............................................................................................12

**Charter 8.1 - Liabilities and Legal Affairs** .......................................................................12

**Charter 8.2 – Dissolution and Liquidation** ......................................................................12

## Charter

The Charter serves as the primary statute of the association.

## Article 1. Name, Seat and Mandate

### Charter 1.1 - Name

ICLEI – Local Governments for Sustainability (hereafter referred to as the "Association") was established as an international local government association in the year 1990. From its founding until 31 December 2003, the Association bore the name "International Council for Local Environmental Initiatives (ICLEI)".

### Charter 1.2 - Seat

The Association's seat shall be the location of its international headquarters (World Secretariat).

### Charter 1.3 - Mission

The Association's Mission shall be to build and serve a worldwide movement of local governments to achieve tangible improvements in global sustainability with special focus on environmental conditions through cumulative local actions.

### Charter 1.4 - General Mandate

The Association shall build an active and committed municipal membership of local spheres of government (local and regional governments and authorities) as well as international, regional, national and sub-national local-government associations.

### Charter 1.5 - Work Mandate

To support its Members, the Association shall:

(a) mobilize and provide support to local-level initiatives that address specific priority problems of local and global significance;

(b) help develop and strengthen local capacity and expertise;

(c) support networking among and exchange of experiences between local governments, especially between developing and industrialized countries;

(d) work with groups of local governments and partner organizations in order to research, develop, pilot and implement local initiatives for sustainability;

(e) function as a clearinghouse for information, and as a training center, on local sustainable development and environmental policies and programs;

(f) provide technical support services and consultancy to aid the implementation of local sustainable development and environmental policies and programs;

(g) evaluate and report on the impacts of local actions;

(h) work with private corporations and research institutes to develop and exchange environmental knowledge and appropriate environmental technologies;

(i) promote the role of local government as a necessary innovator and implementer of sustainable development and environmental policy;





### Jefferson County, WA

Kate Dean — 31729 — 2018 — 01/04/2019

**Related activities**





### City of Port Angeles, WA

Kate Dexter — 20076 — 2018 — 01/10/2019





### Jamestown S'Klallam Tribe of Washington, WA

Rochelle Blankenship — 594 — 2012 — 01/04/2022



**The Local Agenda 21**

**Planning Guide**

**AN INTRODUCTION TO**

**SUSTAINABIE DLVELOPMENT PLANNING**

Published by

The International Council for Local Environmental Initiatives (ICLEI)

Local Agenda 21 Initiative

City Hall, East Tower, 8th Floor, Toronto, ON, Canada, M5H 2N2

and

The International Development Research Centre (IDRC)

PO Box 8500, Ottawa, ON, Canada, K1G 3H9

and

The United Nations Environment Programme (UNEP)

Department of Information and Public Affairs,

PO Box 30552 Nairobi, Kenya

©1996, International Council for Local Environmental Initiatives (ICLEI) and

International Development Research Centre (IDRC)

Canadian Cataloguing in Publication Data

Main entry under title:

The Local Agenda 21 Planning Guide

"In June 1992, the United Nations Conference on Environment and Development

adopted Agenda 21, the global action plan for sustainable development."—Introd.

Includes bibliographical references, case studies

ISBN: 0-88936-801-5

1. Sustainable Development —Planning—Handbooks, Manuals, etc.

2. Community Development—Environmental aspects—Planning—Handbooks,

manuals, etc.

3. Economic Development—Environmental aspects—Planning—Handbooks,

manuals, etc.

I. International Council for Local Environmental Initiatives

II. International Development Research Centre (Canada)

HC79.E5157 1996        338.9     C96-980128-9

Legal deposit: 2nd quarter 1996

National Library of Canada

A microfiche edition is available

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, or otherwise, without the prior permission of the International Development Research Centre (IDRC) and the International Council for Local Environmental Initiatives (ICLEI).

All paper used is recycled as well as recyclable. All inks and coatings are vegetable-based products.

Designed by Hambly and Woolley Inc., Toronto, Canada

Illustrations by Normand Cousineau/Link

Printed in Canada

## FOREWORD

### By Maurice Strong Chairman, Earth Council

In 1992, the leaders of 179 countries gathered in Rio de Janeiro for the United Nations Earth Summit to finalize a global action plan for sustainable development, called Agenda 21. In this document, they recognized that because "so many of the problems and solutions being addressed by *Agenda 21* have their roots in local activities, the participation and cooperation of local authorities will be a

determining factor in fulfilling its objectives." *Agenda 21* further calls upon local authorities in every country "to undertake a consultative process with their populations and achieve a consensus on 'Local Agenda 21' for their communities." When this mandate was set out in 1992, there was little information available on how to proceed. It therefore gives me particular satisfaction to report that, since 1992, more than 1,300 local authorities from 31 countries have responded to the Agenda 21 mandate by developing their own Local Agenda 21 action plans for sustainable development.

The task of mobilizing and technically supporting Local Agenda 21 planning in these communities has been led by the International Council for Local Environmental Initiatives (ICLEI) and national associations of local government. Now, with the further support of the International Development Research Centre and the United Nations Environment Programme, ICLEI is able to present the first worldwide documentation of Local Agenda 21 planning approaches, methods, and tools in this *Local Agenda 21 Planning Guide.*

The planning framework presented in the Guide has been derived from real-life Local Agenda 21 planning efforts around the world. The framework is being tested and reviewed by municipal professionals from 14 countries, North and South, East and West. The Guide should therefore provide a very useful introduction and

technical resource on Local Agenda 21 planning to municipal professionals and NGOs facing a variety of development conditions.

The transition to sustainable development is not a soft option, but an imperative for our survival and well-being. It is going to require a great deal of courage and commitment from all sectors, including municipalities, to ensure its success.

Even as urban areas increasingly represent a concentration of our greatest social, economic, and environmental problems, they offer opportunities for some of the most effective solutions. They encompass great pools of talent and expertise within their many sectors, which local government officials can pull together to work on local strategies for action.

In my parting words at the conclusion of the Earth Summit, I said that we all "must move down from the Summit and into the trenches where the real world actions and decisions are taken that will, in the final analysis, determine whether the vision of Rio will be fulfilled and the agreements reached there implemented." Of the many programs that have resulted from the Earth Summit, none is more promising or important than this one, which has hundreds of local authorities around the world now setting out and implementing their Local Agenda 21s.

Maurice Strong

**FOREWORD**

**By Elizabeth Dowdeswell Executive Director, United Nations Environment Programme (UNEP)**

Today, humanity is on the move as never before. Driven from the countryside by political turmoil, population pressures, and ecological breakdown, most of those who head for the city do so to seek a better quality of life.

But this massive movement has only further strained the resources and infrastructure of already overburdened cities. The most explosive growth has been in the Third World, which has 213 cities of more than a million people and some 20 at the 10 million mark. The blanket of smog that hangs over cities such as Rio de Janeiro, Mexico City, Delhi, Beijing, and tens of thousands of smaller cities is symbolic of more critical problems—of vulnerability to environmental sanitation problems, to natural disasters, and to man-made disasters such as chemical plant accidents and urban fires.

The increasing pace of global integration will determine whether in the future the lines that separate a city, a country, a region, and a continent will become progressively more blurred. But one thing is clear: the fate of cities will determine, more and more, not only the fate of nations but also of our planet. We can afford to ignore the issue of the sustainable management of our cities only at our peril.

How can sustainable development be made meaningful at the local level? How can we develop systems to involve the stakeholders in devising appropriate solutions to

local environment and development issues? How can the quality of municipal services be improved and integrated to address the environmental, economic, and social prospects of the communities?

These questions are critical, especially since terms like sustainable development and environmental conservation can often conjure up images of processes too grand for local communities and their organizations to handle and influence. Clearly, sustainable development at the municipal level requires an entirely different approach to the planning and provision of services.

The *Local Agenda 21 Planning Guide,* prepared by the International Council for Local Environmental Initiatives (ICLEI), introduces just such an approach—a planning framework for sustainable development at the local level. In simplest terms, the Guide documents a process for developing action plans to address complex problems inherent in modern urbanized societies. It presents a framework for engaging local authorities with residents and local organizations in the design and provision of services to the community, while simultaneously protecting local, regional, and global ecosystems.

In presenting this planning framework, ICLEI has given us a book filled with insights that subvert many of our most basic assumptions and suggest fresh ways to think about them.

For all these reasons, the *Local Agenda 21 Planning Guide* is more than just another book. It is a lever for changing the art of managing sustainable development at the level of local government. Indeed this guide can serve as a symbol of today's historic transformation in the concept of partnerships—one that no informed person can afford to ignore.

Elizabeth Dowdeswell

**Table of Contents**

**Forewords**     i

**Table of Contents**     v

**Preface**     xi

**CHAPTER ONE—SUSTAINABLE DEVELOPMENT: THE LOCAL CONTEXT**

**1.0 What is Sustainable Development?**     1

1.0.1 How Can the Sustainable Development Concept Be Applied by Local Governments?     3

1.0.2 The Importance of Systems     3

**1.1 The Local Agenda 21 Mandate**     4

**1.2 How to Use the Local Agenda 21 Planning Guide**     5

**1.3 The Elements of Sustainable Development Planning**     6

1.3.1 Introduction 6

1.3.2 Partnerships 7

1.3.3 Community-Based Issue Analysis 9

1.3.4 Action Planning 9

1.3.5 Implementation and Monitoring 10

1.3.6 Evaluation and Feedback 11

CHAPTER TWO—PARTNERSHIPS

**2.0 Introduction** 13

**2.1 Objectives** 14

**2.2 Steps** 15

2.2.1 Determine the Scope of Planning 15

2.2.2 Create the Stakeholder Group 16

2.2.3 Design Working Groups 17

2.2.4 Identify Partners 20

2.2.5 Establish Terms of Reference 23

2.2.6 Develop a Common Community Vision 24

**2.3 Cases** 24

2.3.1 Case #1, Lancashire County, United Kingdom 24

2.3.2 Case #2, The Provincial Municipality of Cajamarca, Peru 28

2.3.3 Case #3, The City of Santos, Brazil 32

2.3.4 Case #4, Johnstone Shire Council, Australia 35

## CHAPTER THREE—COMMUNITY-BASED ISSUE ANALYSIS

**3.0 Introduction** **43**

**3.1 Steps** **44**

3.1.1 Determine the Scope of the Issue Analysis Process 44

3.1.2 Identify the Issues to Be Analyzed 47

3.1.3 Implement Detailed Assessments 48

3.1.4 Complete the Issue Analysis 53

**3.2 Appendixes** **55**

3.2.1 Appendix 1, Participatory Systems Analysis 55

3.2.2 Appendix 2, Rapid Urban Environmental Assessment (RUEA) 69

3.2.3 Appendix 3, Risk-Based Priority Setting and Comparative Risk 73
Assessment

**3.3 Cases** **78**

3.3.1 Case #5, Troyan, Bulgaria 78

3.3.2 Case #6, The Metropolitan District of Quito, Ecuador 84

3.3.3 Case #7, Greenpoint/Williamsburg, New York City, USA 87

3.3.4 Case #8, Lancashire County Council, United Kingdom 91

3.3.5 Case #9, Gothenburg, Sweden 94

CHAPTER FOUR—ACTION PLANNING

**4.0 Introduction** **97**

**4.1 Structure and Contents** **98**

**4.2 Steps** **99**

4.2.1 Define the Action-Planning Process 99

4.2.2 Review of the Community Vision and Findings from Community-102

Based Issue Analysis

4.2.3 Establish Strategic Action Goals 102

4.2.4 Set Targets and Triggers 103

4.2.5 Select Specific Implementation Strategies and Programs 106

4.2.6 Develop the Framework Action Plan 107

4.2.7 Promote Implementation Partnerships 107

**4.3 Appendix** **108**

4.3.1 Appendix 4, Force Field Analysis 108

**4.4 Cases** **112**

4.4.1 Case #10, Los Angeles, USA 112

4.4.2 Case #11, Kanagawa Prefecture, Japan 115

4.4.3 Case #12, Dar Es Salaam, United Republic Of Tanzania 120

## CHAPTER FIVE—IMPLEMENTATION AND MONITORING

**5.0 Introduction** 125

**5.1 Creating Effective Structures** 126

5.1.1 Jurisdictional Reform 127

5.1.2 Decentralization 127

5.1.3 Interdepartmental Coordination 131

5.1.4 Quasi-Governmental and Community Agencies 135

**5.2 Creating Effective Planning Linkages** 139

**5.3 Internal Auditing and Monitoring** 140

5.3.1 Internal Audit 140

5.3.2 Reform of Procedures, Rules, and Standards 141

5.3.3 Internal Management System 141

5.3.4 Documentation 145

**5.4 Conclusion** 145

**5.5 Cases** 146

5.5.1 Case #13, The Municipality of Jundiai, Brazil 146

5.5.2 Case #14, Stockholm, Sweden 149

5.5.3 Case #15, Graz, Austria 155

5.5.4 Case #16, Ottawa, Canada 162

## CHAPTER SIX—EVALUATION AND FEEDBACK

**6.0 Introduction**                                                     **167**

**6.1 Reporting**                                                        **168**

6.1.1 Performance Reporting                                               168

6.1.2 Progress Reporting                                                  169

**6.2 Performance Measurement**                                          **171**

**6.3 Periodic Progress Review**                                         **176**

**6.4 Community Feedback**                                               **178**

**6.5 Cases**                                                            **182**

6.5.1 Case #17, The Regional Municipality of Hamilton-Wentworth,          182

Canada

6.5.2 Case #18, The Global Action Plan Project                           187

Concluding Remarks                                                       189

Glossary of Selected Methods and Tools for Sustainable Development       191

Planning

Local Agenda 21 Resources                                               199

Contact Information                                                      207

**List of Figures**

Figure 1: The Sustainable Development Challenge                           2

Figure 2: The Elements of Sustainable Development Planning 8

Figure 3: A General Partnership Model 19

Figure 4: Lancashire's Local Agenda 21 Partnership 25

Figure 5: Lancashire's Local Agenda 21 Partnership Process 26

Figure 6: Inter-Institutional Consensus Building in Cajamarca, Peru 30

Figure 7: Organizational Structure and Partnership Arrangements for 37
Johnstone Plan Review

Figure 8: Johnstone Shire's Integrated Umbrella Action Plan 41

Figure 9: The Blueprint for Leicester Process 50

Figure 10: Materials Flow Analysis 56

Figure 11: System Diagram Illustrating Environmental Impacts of an 62
Infrastructure Project

Figure 12: Systems Model for Recreational Activities 63

Figure 13: Rapid Urban Environmental Assessment 70

Figure 14: Troyan Community Environmental Action Project: Flow Chart 80
of Activities

Figure 15: The Santa Monica Sustainability City Program 104

Figure 16: City of Ottawa Municipal Environmental Evaluation Process 165
(MEEP)

Figure 17: Example of Indicator Presentation in the "Life in Jacksonville" 177

Project

Figure 18: Hamilton-Wentworth's Sustainable Communnity Initiative 185

**List of Worksheets**

Worksheet 1: Identifying Partners for Stakeholder and Working Groups 21

Worksheet 2: Service Issues Map 59

Worksheet 3: The Connectivity Matrix 66

Worksheet 4: Jurisdictional Coordination for Action Plan Implementation 128

Worksheet 5: Interdepartmental Coordination for Action Plan 132

Implementation

Worksheet 6: Coordination of Action Plan Implementation with Statutory 136

Planning Processes

Worksheet 7: Implementation Strategy for Action Plan Targets 142

**List of Checklists**

Checklist 1: Partner Selection for Sustainable Development Planning 22

Checklist 2: Community Based Issue Analysis 54

**List of Boxes**

Box A: The Prosanear Project, Brazil 45

Box B: Public Input into the Blueprint for Leicester 49

Box C: Systems Analysis: Technical Methods 61

Box D: Citizen Report Cards, Bangalore, India     170

Box E: The Effective Use of Indicators     172

Box F: Performance Indicators—The Oregon Benchmark Program     179

**Preface**

The *Local Agenda 21 Planning Guide* has been prepared to assist local governments and their local partners to learn and undertake the challenging task of sustainable development planning. This planning approach is a fundamental first step that will enable them to provide the residents of their communities with basic human needs, rights, and economic opportunities, and at the same time ensure a vital, healthy, natural environment; in other words, a planning approach that will enable them to manage their cities, towns, and/or rural settlements in a sustainable way. The Guide offers tested and practical advice on how local governments can implement the United Nations' *Agenda 21* action plan for sustainable development and the related United Nations' *Habitat Agenda*.

The United Nations Conference on Environment and Development (UNCED) produced *Agenda 21* in 1992, and since that time *Agenda 21* has become the guiding international blueprint for development into the twenty-first century. During the preparation of *Agenda 21,* the International Council for Local Environmental Initiatives (ICLEI) worked to ensure that this global plan also addressed the roles and perspectives of local governments. As a result, Chapter 28

49

of *Agenda 21* calls upon local governments, working with their communities, to create their own local action plans, or Local Agenda 21 programs. The *Local Agenda 21 Planning Guide* presents a tested sustainable development planning approach for this process.

The *Local Agenda 21 Planning Guide* is based on more than five years of experience of cities and towns in all world regions that are in the process of integrating planning and action across economic, social, and environmental spheres. Today more than 1,300 local governments in 33 countries are engaged in Local Agenda 21 planning. During the past three years, ICLEI has been providing training and technical assistance to local planning efforts and has been building regional and international networks to support the worldwide Local Agenda 21 process. In particular, ICLEI's Local Agenda 21 Model Communities Programme (MCP) has supported 14 local governments in Africa, Asia and the Pacific, Europe, Latin America, and North America to work together to test and evaluate different planning approaches and methods. Their experiences and contributions have guided the development of the approach presented in this Guide. The approaches in this Guide are also based upon presentations and discussions in regional seminars held in Buga, Colombia, Hat Yai, Thailand, Johannesburg, South Africa, and Yokohama, Japan; these seminars involved more than 300 local government representatives from over 30 countries.

The contributions of all of these local governments have been invaluable to the definition and refinement of the approach presented in the Guide. In particular, ICLEI would like to thank the municipalities of: Buga, Colombia; Bulawayo, Zimbabwe; Cajamarca, Peru; Cape Town, South Africa; Durban, South Africa; Gothenburg, Sweden; Gulu, Uganda; Hamilton, New Zealand; Hamilton-Wentworth, Canada; Hat Yai, Thailand; Jinja, Uganda; Johannesburg, South Africa; Johnstone Shire, Australia; Kanagawa Prefecture, Japan; Lancashire County, UK; Leicester, UK; Machala, Ecuador; Manus Province, Papua New Guinea; Mwanza, Tanzania; Ottawa, Canada; Pimpri Chinchwad, India; Quito, Ecuador; Santa Monica, USA; and Santos, Brazil. Case studies of the local efforts of some of these cities are used to illustrate the different chapter topics of the Guide. Special recognition is also given to the work of the European Sustainable Cities and Towns Campaign, the Institute for Sustainable Communities in Vermont, the UK Local Government Management Board, and the ICLEI European Local Agenda 21 Programme.

Special thanks is due to current and past members of the ICLEI Executive Committee who gave the initial support and impetus to the Local Agenda 21 initiative, specifically, Sir John Chatfield, Dr. Helena Ribeiro Sobral, Dr. Siegfried

Brenke, Dr. Noel Brown, Mr. Jakob Eng, Dr. Jaime Lerner, Mr. Pekka Jalkanen, and Mr. Jaime Valenzuela.

Members of the ICLEI network who have been involved in the development of this Guide, either through the preparation of case studies, or the provision of materials and comments on the various drafts include: Mr. Lawrence Altros, Sr. Alvaro Saenz Andrade, Mr. Graham Alder, Mr. Mark Bekkering, Mr. Lars Berggrund, Ms. Sue Costello, Mr. Darryl Low Choy, Ms. Yasmin Dada, Ms. Siomara Gonzalez Gomes, Mr. A.G. Kyessi, Mr. Eddie McEachan, Mr. Paul Macdonald, Mr. Paul Markowitz, Ms. Ina Silva Martos, Sr. Salvador A. Munhoz, Mr. Steve Nicholas, Mr. Samuel Paul, Mr. Graham Pinfield, Mr. Derek Taylor, Ms. Yasmin Von Schirnding, and Mr. Sven-Erik Skogsfors.

ICLEI staff members and research associates who have made contributions at various times during the drafting process include: Mr. Stuart Baird, Ms. Laura Bugufia, Mr. Shem Chaibva, Ms. Tanya Imola, Ms. Heather Kepron, Ms. Miriam Landman, Ms. Christina Li, Mr. Neil Mallen, Mr. Michael Manolson, Mr. Sridhar Marisetti, Mr. Konrad Otto-Zimmermann, Ms. Maria Pata, Ms. Mary Pattenden, Sr. José Rodrigues, Mr. Chris Semonson, Ms. Effie Tziamouranis, Ms. Grace Visconti, Ms. Paula Vopni, and Ms. Judy Walker.

This Guide was written by an ICLEI staff team consisting of Mr. Jeb Brugmann, Ms. Charlene Easton, Ms. Prabha Khosla, and Dr. Pratibha Mehta. It was produced, managed and edited by Charlene Easton and Reena Lazar.

Support for the development and testing of the ideas in the Local Agenda 21 Planning Guide has been provided through the ICLEI LA 21 Model Communities Programme. Its supporters include: the International Development Research Centre (IDRC); the Canadian International Development Agency (CIDA); the Dutch Ministry of Foreign Affairs; the Japan Environment Agency; the United Nations Development Programme's (UNDP) LIFE Programme; and USAID (South Africa).

The publication of this Guide was made possible through the generous support of the International Development Research Centre (IDRC) of Canada and the United Nations Environment Programme (UNEP). We would particularly like to acknowledge the assistance and support of Ms. Denise Deby and Ms. Esther Beaudry of IDRC and Mr. Strike Mkandla and Ms. Mireille Strunck of UNEP for their support.

## 2.2.2 CREATE THE STAKEHOLDER GROUP

Partners are not ad hoc participants who occasionally share their opinions. On the contrary, they are expected to share responsibility for the planning process and its outcomes. Their involvement needs to be facilitated through an organizational

53

mechanism. In the cases provided with this chapter, each municipality established special organizational structures to oversee the partnership planning process. For some, this coordinating mechanism was external to the municipality. For others, it was internal to the municipal institution.

In Lancashire County, UK, an Environmental Forum was established to oversee and support their Local Agenda 21 effort. This Forum was made up of members from a broad range of stakeholder constituencies, including the municipality, and received staff support from a special municipal Environment Unit. The Environment Unit linked the Forum's planning efforts to internal municipal planning processes.

In Cajamarca, Peru, an Inter-Institutional Consensus-Building Committee made up of stakeholder representatives coordinated thematic working groups, public forums, and workshops to prepare and present project proposals to the Provincial Council.

In Santos, Brazil, all of the municipal Councils developed action proposals for their distinct areas of concern. Each Council is directly linked with a municipal secretariat or department to which it communicates its recommendations. Cross-seating between members of the various Councils is arranged to permit exchange between sectors.

In Johnstone Shire, Australia, a small municipal steering team provides the strategic vision and governs four theme-based stakeholder committees. These committees convene periodically to integrate their various planning activities. Coordinating bodies, or Stakeholder Groups, serve as the Boards of Directors for the planning effort and govern the planning process. The diversity and status of their stakeholder membership can provide both legitimacy and credibility to the planning effort. This broad-based membership can also facilitate the recruitment of participation from different sectors, the gathering of information, and the negotiation of agreements on controversial issues. It can build consensus on a strategic community vision, make final reviews of action plans, and hold the municipality and other implementing agencies accountable to agreed upon plans. In the case of both Lancashire and Cajamarca, the governing Stakeholder Groups were given direct mandates from their respective municipalities. Whatever the scope of the exercise, a clear mandate and authorization from the local government provides both democratic accountability and a close link with the official planning activities of government. This mandate should specify the roles and responsibilities of the Stakeholder Group. It should define what planning is to be undertaken, how results and recommendations will be reviewed by the municipality and other key institutions, and how the results will be used in statutory planning efforts, such as annual budgeting or development and structure plans.

Municipalities throughout the world are establishing special organizational structures, generally called "Stakeholder Groups" to oversee their partnership planning process.

### 2.2.3 DESIGN WORKING GROUPS

Because a sustainable development planning process involves a variety of activities, the Stakeholder Group will most likely wish to form partner-based organizational structures to implement the distinct elements of the planning process. The ambitious planning efforts in Lancashire, Santos, Cajamarca, and Johnstone Shire are designed to address a full array of local issues. In order to facilitate the participation of people from different disciplines, backgrounds, sectors, and levels of expertise in discussing these issues, the Stakeholder Groups established a variety of specialized Working Groups. These Working Groups undertook the distinct tasks of issue identification, problem analysis, technical research, priority setting, action planning and impact analysis, implementation and monitoring, and evaluation and feedback. Some structures were used to collect and analyze information or to develop action proposals; others were used to integrate action proposals with municipal plans; and still others were used to develop performance indicators and to evaluate progress in achieving targets.

A Working Group is typically a small body of 10 to 20 stakeholder representatives who have a particular interest or expertise in a specific issue or problem. In

addition to the various models presented in the diagrams accompanying the cases, a general diagram of a stakeholder planning process can be found in Figure 3. In this model, the Working Group plays a lead role in research, issue analysis, and technical assessment. It contributes its information and conclusions, as well as its action recommendations, to the larger Stakeholder Group for review and discussion. Based upon these recommendations, the Stakeholder Group negotiates and approves a final Action Plan.

The processes of issue identification and priority setting often require unique structures, such as neighborhood forums, public hearings, and focus groups, which permit extensive participation by residents and/or service users. A Working Group may be established to coordinate these activities. Technical analysis and research is usually coordinated by specialist Working Groups. In order to develop a systemic analysis of issues and problems, these Working Groups usually include representatives with expertise in different professional disciplines, municipal departments, and sectors.

The development of Action Plans is usually an iterative process in which specialist Working Groups prepare specific proposals and submit these to the larger Stakeholder Group—or directly to the public—for review, comments, and changes. A typical structure used in action planning is the Interdepartmental Committee of

municipal staff, which advises stakeholder Working Groups and reviews their action proposals prior to formal approval by municipal policymakers. Stakeholder Groups often establish distinct Working Groups to undertake the different tasks of issue identification, technical research, priority setting, and developing Action Plans.

FIGURE 3 **A GENERAL PARTNERSHIP MODEL Sustainable Development Planning**



# NORTH OLYMPIC DEVELOPMENT COUNCIL

- Home
- Projects
  - Planning
    - Energy Resilience
    - Broadband Initiative
    - Comprehensive Economic Development Strategy
  - Environment
  - Food, Farm & Forest
  - Business Development
  - Technical Assistance
- Events
- Resources
  - Demographics & Stats
  - Community Resources
- About
  - Our Team
  - Join Our Team
  - Contact
  - Donate

- Climate Action Toolkit

  - About

  - Climate Change Impacts

  - Toolkit

    - Transportation and Land Use

    - Energy and Housing

    - Water Supply and Infrastructure

  - Climate Integration Checklist

  - Customizable Collateral

Climate Protection Campaign

In 2007, The NODC agreed to grant up to 50% of the cost of membership for cities and counties in the area to join ICLEI (International Council for Local Environmental Initiatives) and purchase software required to do a professional baseline inventory of energy use and projections of greenhouse gas emissions in this area. To date, the Council has paid $1,500 in membership support, which has allowed the City of Port Townsend, Jefferson County, Clallam County, and the City of Sequim to become ICLEI members and receive the inventory software.

Using the software, Jefferson County completed its baseline assessment. The Jefferson Climate Action Committee developed an action plan to reduce carbon emissions across many sectors, including county operations, transportation, and green building. Clallam County also conducted a baseline assessment and formulated an action plan to reduce the carbon footprint of County operations. Members involved in the ICLEI baseline activities, along with other community representatives, transit organizations and the NODC formed a two-county group to discuss strategies for implementing action items identified in the carbon reduction plans.

10/04/2019 183127

SIX HUNDRED AND 00/100 DOLLARS ·····································  $******600.00

ICLEI LOCAL GVT.
1536 WYNKOOP ST #901
DENVER CO  80202

PO# 053770

# ·I·C·L·E·I·
### Local Governments for Sustainability

1536 Wynkoop Street #901
Denver, CO  80202
202-800-0301
kale.roberts@iclei.org
www.icleiusa.org

**Invoice**

**BILL TO**
Port Angeles, WA
321 East 5th Street
Port Angeles, WA  98362

| INVOICE # | DATE | TOTAL DUE | DUE DATE | | ENCLOSED |
|---|---|---|---|---|---|
| 1592 | 08/30/2019 | $600.00 | 08/31/2019 | | |

**MEMBER PERIOD**
09/01/2019 -08/31/2020

| DESCRIPTION | ITEM | AMOUNT |
|---|---|---|
| Annual Membership dues for population 50,000 and under | **Dues - pop. under 50,000** | 600.00 |
| Choose your payment option above or send paper checks to: ICLEI - Local Governments for Sustainability,USA 1536 Wynkoop St. Suite 901 Denver, CO 80202 | BALANCE DUE | **$600.00** |

# EXHIBIT F



A sample 500 millibar upper air chart. The gradient is the largest where the brown lines are closest together.

Download Image

Worthington's location is red dot.








Worthington's location black dot.



Polar Jet
This video is also available on our YouTube channel.