# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-1037**                                    **September Term, 2025**

**EPA-91FR7686**

**Filed On: March 31, 2026**

American Public Health Association, et al.,

       Petitioners

       v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

       Respondents

------------------------------

Consolidated with 26-1038, 26-1039, 26-1043, 26-1051, 26-1061

**O R D E R**

Upon consideration of the corrected motion for leave to file as amici curiae in support of respondents filed by Government Accountability & Oversight and Government Oversight and Education, d/b/a Protect the Public Trust, it is

**ORDERED** that the motion be granted.  The Clerk is directed to file the amici brief lodged on March 19, 2026.

                     **FOR THE COURT:**
                     Clifton B. Cislak, Clerk

            BY:    /s/
                     Francis A. Walter
                     Deputy Clerk