**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ZERO EMISSION TRANSPORTATION ASSOCIATION, INC.,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE M. ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>*Respondents*. | Case No. 26-1039<br>Lead Case No. 26-1037<br>(and consolidated cases) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Maura E. Smyles will be leaving Jenner & Block and therefore withdraws her appearance as counsel for Petitioner Zero Emission Transportation Association ("ZETA") in these consolidated matters. ZETA will continue to be represented by Meghan E. Greenfield, Elizabeth B. Deutsch, and Elizabeth H. Starr.

[*signature on following page*]

Dated: September 4, 2026

Respectfully submitted,

*/s/ Meghan E. Greenfield*

Meghan E. Greenfield
Elizabeth B. Deutsch
Elizabeth H. Starr
Maura E. Smyles
Jenner & Block LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001
(202) 639-6000
mgreenfield@jenner.com
edeutsch@jenner.com
estarr@jenner.com
msmyles@jenner.com

*Counsel for Petitioner Zero Emission Transportation Association*